# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TAMMY FRYE**                                                                    **PLAINTIFF**

v.                                          **No. 3:17-cv-31-DPM**

**METROPOLITAN LIFE INSURANCE**
**COMPANY and AMERICAN GREETINGS**
**CORPORATION**                                                          **DEFENDANTS**

## ORDER

1.     The Court directed the parties to file a joint report on the supplemental record disputes by 15 March 2018. № 47. That deadline remains. But, if the parties can file the report sooner, please do so.

2.     In any event, the parties must file simultaneous supplemental briefs on the merits by 23 March 2018. This replaces the suspended deadline from the first Order, № 41. In making its final decision, the Court will consider the new briefs, the supplemental record filings, and the existing summary judgment briefing.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2018