IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY FRYE                                                   PLAINTIFF

v.                            No. 3:17-cv-31-DPM

METROPOLITAN LIFE INSURANCE
COMPANY and AMERICAN GREETINGS
CORPORATION                                DEFENDANTS

## ORDER

The Court appreciates counsel's collaboration and the early joint report. The request from MetLife and American Greetings to file the entire agreed supplemental record under seal is denied. Their request to file pages 84–100 and 102–253 under seal is granted with a caveat. The Court will revisit this issue, and make a final decision, in its merits Order. The parties have well briefed the point; no further argument on it is needed. But the Court can make a more informed decision about sealing when it digs into the merits. In the meantime, Frye and her lawyer must not duplicate, disclose, or share the tentatively sealed record materials. Supplemental record due by 14 March 2018. Simultaneous supplemental briefs due by 23 March 2018. Please redact quotations from, and arguments about, the sealed materials. Redaction is the preferred route. But, if redaction is impracticable, then the Court

authorizes the parties to file their supplemental briefs under seal. Joint report, № 49, addressed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 March 2018