IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY FRYE                                                          PLAINTIFF

v.                          No. 3:17-cv-31-DPM

METROPOLITAN LIFE INSURANCE
COMPANY and AMERICAN
GREETINGS CORPORATION                                               DEFENDANTS

### ORDER

The Court notes the parties' stipulation, № 56. It's much appreciated. The Court will enter Judgment for the agreed amounts pursuant to its Order, № 55.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2018