IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY FRYE                                                               PLAINTIFF

v.                              No. 3:17-cv-31-DPM

METROPOLITAN LIFE INSURANCE
COMPANY and AMERICAN
GREETINGS CORPORATION                                                    DEFENDANTS

## JUDGMENT

The Court enters judgment for Frye against American Greetings and MetLife for a total of $70,169.62. That represents an equitable surcharge of $35,400.00 and a reasonable attorney's fee of $34,769.62. Post-judgment interest will accrue at 2.18% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)-(b).

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2018