IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TAMMY FRYE**                                                                 **PLAINTIFF**

vs.                              NO. 3:17-CV-00031 DPM

**METROPOLITAN LIFE INSURANCE COMPANY**
**AND AMERICAN GREETINGS CORPORATION**                     **DEFENDANTS**

### SATISFACTION OF JUDGMENT

I, Brandon W. Lacy, attorney for Plaintiff, Tammy Frye, hereby state that the Judgment obtained against Defendants, Metropolitan Life Insurance Company and American Greetings, entered in this case on April 27, 2018 (Doc. 58), has been satisfied in full by payment.

Respectfully submitted,

_____
Brandon W. Lacy, Ark. Bar No. 2003098
LACY LAW FIRM
630 S. Main Street
Jonesboro, AR 72401
870-277-1144
brandon@lacylawfirm.com

Jeffery O. Scriber, Ark. Bar No. 2006526
JEFF SCRIBER, P.A.
324 S. Main St.
Jonesboro, AR 72401
scriberfirm@gmail.com

*Attorneys for Plaintiff Tammy Frye*